IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETH BOYD *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:23-342 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| SHRINERS HOSPITAL FOR CHILDREN, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.

December 31, 2024                               s/Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record